# EXHIBIT A

**Registered Jan. 9, 1945**　　　　　**Trade-Mark 411,239**

# UNITED STATES PATENT OFFICE

Cartier, Inc., New York, N. Y.

Act of February 20, 1905

Application July 1, 1944, Serial No. 471,851

# CARTIER

## STATEMENT

*To the Commissioner of Patents:*

Cartier, Inc., a corporation duly organized under the laws of the State of New York and located at New York city, N. Y., and doing business at 653 Fifth Avenue, New York city, 22, N. Y., has adopted and used the trade-mark shown in the accompanying drawing, for PRECIOUS-METAL WARE—NAMELY, THE FOLLOWING ARTICLES MADE, IN WHOLE OR IN PART, OF PRECIOUS METALS OR PLATED WITH THE SAME: VIZ., COMBS AND COMB CASES, JEWEL BOXES AND CASES, HAT ORNAMENTS, TIE CLIPS, FOBS, CHARMS, BRACELETS, WATCH BRACELETS AND BUCKLES THEREFOR, NOT INCLUDING WATCHES, CUFF LINKS, COLLAR BUTTONS, SHIRT STUDS, WAIST COAT BUTTONS, LOCKETS, BROOCHES, HAIR ORNAMENTS, EARRINGS, HAT PINS, JEWELRY CLIPS, JEWELRY NOVELTIES, HOLDERS FOR COSMETICS, EYEGLASS CASES, CIGAR AND CIGARETTE CASES AND BOXES AND SNUFF BOXES, CIGARETTE AND CIGAR HOLDERS, PIPES, CIGAR AND CIGARETTE LIGHTERS, HUMIDORS AND ASH TRAYS, JEWELRY INITIALS, COMMEMORATIVE AND MILITARY AND NAVAL DECORATION MEDALS AND INSIGNIA, PICTURE AND MIRROR FRAMES, FITTINGS FOR TRAVELING BAGS, HANDLES AND ORNAMENTS FOR CANES AND UMBRELLAS, BOTTLE OPENERS, POCKET KNIVES, ENVELOPE OPENERS, WALLETS, MONEY CLIPS, PERFUME BOTTLES, COCKTAIL MIXERS, DESK SETS, HANDBAGS, FLATWARE AND HOLLOW-WARE, TRAYS, PITCHERS, BOWLS, VASES, TEA AND COFFEE SERVICES, MATCH BOXES, POCKET FLASKS, TOILET ARTICLES, RAZOR SETS, KEY CHAINS, FINGER RINGS, THIMBLES, CHECK BOOK COVERS, BOOK MARKS, COMPASSES, MESH BAGS, CANDLESTICKS, AND FOR AQUATIC SHELLS AND PARTS THEREOF ENCRUSTED OR OTHERWISE ORNAMENTED WITH EITHER OR BOTH PRECIOUS METALS AND JEWELS—in Class 28, Jewelry and precious-metal ware, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark has been continuously used in applicant's business and in the business of applicant's predecessors since 1859.

The mark has been in actual use as a trade-mark by the applicant and applicant's predecessors from whom title was derived for ten years next preceding February 20, 1905, and such use has been exclusive.

The trade-mark is applied or affixed to either or both the goods and to the packages containing the same by engraving or die stamping the mark directly upon the goods or by applying to the goods a label on which the mark is shown.

Applicant is the owner of registration No. 144,363, of July 5, 1921, and renewed to July 5, 1961.

CARTIER, INC.,
By R. J. POUECH,
*Vice-President.*

**Registered Jan. 9, 1945**                    **Trade-Mark 411,240**

# UNITED STATES PATENT OFFICE

Cartier, Inc., New York, N. Y.

Act of February 20, 1905

Application July 1, 1944, Serial No. 471,352

# *Cartier*

## STATEMENT

*To the Commissioner of Patents:*

Cartier, Inc., a corporation duly organized under the laws of the State of New York and located at New York city, N. Y., and doing business at 653 Fifth Avenue, New York city 22, N. Y., has adopted and used the trade-mark shown in the accompanying drawing, for ARTICLES OF JEWELRY FOR PERSONAL WEAR AND FOR PRECIOUS-METAL WARE — NAMELY, THE FOLLOWING ARTICLES MADE, IN WHOLE OR IN PART, OF PRECIOUS METALS OR PLATED WITH THE SAME: VIZ., COMBS AND COMB CASES, JEWEL BOXES AND CASES, HAT ORNAMENTS, TIE CLIPS, FOBS, CHARMS, BRACELETS, WATCH BRACELETS AND BUCKLES THEREFOR, NOT INCLUDING WATCHES, CUFF LINKS, COLLAR BUTTONS, SHIRT STUDS, WAIST COAT BUTTONS, LOCKETS, BROOCHES, HAIR ORNAMENTS, EARRINGS, HAT PINS, JEWELRY CLIPS, JEWELRY NOVELTIES, HOLDERS FOR COSMETICS, EYEGLASS CASES, CIGAR AND CIGARETTE CASES AND BOXES AND CIGAR AND CIGARETTE LIGHTERS, SNUFF BOXES, CIGARETTE AND CIGAR HOLDERS, PIPES, HUMIDORS, AND ASH TRAYS, JEWELRY INITIALS, COMMEMORATIVE AND MILITARY AND NAVAL DECORATION MEDALS AND INSIGNIA, PICTURE AND MIRROR FRAMES, FITTINGS FOR TRAVELING BAGS, HANDLES AND ORNAMENTS FOR CANES AND UMBRELLAS, BOTTLE OPENERS, POCKET KNIVES, ENVELOPE OPENERS, WALLETS, MONEY CLIPS, PERFUME BOTTLES, COCKTAIL MIXERS, DESK SETS, HANDBAGS, FLATWARE AND HOLLOW-WARE, TRAYS, PITCHERS, BOWLS, VASES, TEA AND COFFEE SERVICES, MATCH BOXES, POCKET FLASKS, TOILET ARTICLES, RAZOR SETS, KEY CHAINS, FINGER RINGS, THIMBLES, CHECK BOOK COVERS, BOOK MARKS, COMPASSES, MESH BAGS, CANDLESTICKS, CANDELABRAS, JEWELRY CASES, BONBON CONTAINERS, CROSSES, ROSARIES AND BUCKLES, AND FOR AQUATIC SHELLS AND PARTS THEREOF ENCRUSTED OR OTHERWISE ORNAMENTED WITH EITHER OR BOTH PRECIOUS METALS AND JEWELS—in Class 28, Jewelry and precious-metal ware, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905.

The trade-mark has been continuously used in applicant's business and in the business of applicant's predecessors since 1859.

The mark has been in actual use as a trade-mark by the applicant and applicant's predecessors from whom title was derived for ten years next preceding February 20, 1905, and such use has been exclusive.

The trade-mark is applied or affixed to either or both the goods and to the packages containing the same by engraving or die stamping the mark directly upon the goods or by applying to the goods a label on which the mark is shown.

Applicant is the owner of registration No. 144,363, of July 5, 1921, and renewed to July 5, 1961.

CARTIER, INC.,
By RENÉ J. POUECH,
*Vice-President.*

# United States Patent Office

759,202

Registered Oct. 29, 1963

## PRINCIPAL REGISTER
### Trademark

Ser. No. 146,164, filed June 5, 1962

## CARTIER

Cartier, Inc. (New York corporation)
653 5th Ave.
New York 22, N.Y.

For: ARTICLES OF JEWELRY FOR PERSONAL WEAR, NOT INCLUDING WATCHES; AND THE FOLLOWING GOODS OF SOLID OR PLATED SILVERWARE—NAMELY, TABLE FLATWARE AND HOLLOW-WARE, TOILET ARTICLES, CANDELABRA, BONBON-CASES, JEWELRY CASES, CROSSES, ROSARIES, AND BUCKLES—in CLASS 28.

First use in 1859; in commerce 1859.

Owner of Reg. No. 411,240.

# United States of America
## United States Patent and Trademark Office

# Cartier

**Reg. No. 4,178,047**

**Registered July 24, 2012**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

CARTIER INTERNATIONAL A.G. (SWITZERLAND CORPORATION)
HINTERBERGSTRASSE 22, POSTFACH 61
6312 STEINHAUSEN, SWITZERLAND

FOR: JEWELRY AND WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1999; IN COMMERCE 0-0-1999.

OWNER OF U.S. REG. NOS. 411,239, 411,975 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED WORD "CARTIER".

SEC. 2(F).

SER. NO. 85-345,798, FILED 6-14-2011.

SEAN CROWLEY, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office