The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and CARTIER INTERNATIONAL A.G., a Swiss corporation,

Plaintiffs,

v.

An individual d/b/a PHMN9Y3V; Individuals and entities doing business as the following Amazon Selling Accounts:  PHMN9Y3V JEWELRY; AMAZING JEWELRY YOU WANT; VFDNYTU; MIAO-HE; BYQONE US; BYQONE NETWORK; YINJI; and DOES 1-10,

Defendants.

Case No. 2:22-cv-00840-MJP

ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION FOR EXTENSION OF RULE 26 DEADLINES

THIS MATTER came before the Court on Plaintiffs Amazon.com, Inc.'s, Amazon.com Services LLC's (collectively, "Amazon's"), and Cartier International A.G.'s ("Cartier's") (together, "Plaintiffs'") Motion for Extension of Rule 26 Deadlines ("Motion"), and for good cause shown, it is hereby ORDERED that:

The Motion is **GRANTED**. The Court extends the deadlines for the parties to confer under Federal Rule of Civil Procedure 26(f), serve initial disclosure under 26(a)(1), and file a

joint status report under Federal Rule of Civil Procedure 26(f) and Local Civil Rule 26(f) as follows:

| Deadline | Current Dates | Proposed Dates |
|---|---|---|
| 26(f) Conference | October 17, 2022 | December 16, 2022 |
| Initial Disclosures | October 24, 2022 | December 23, 2022 |
| Combined Joint Status Report and Discovery Plan | October 31, 2022 | December 30, 2022 |

SO ORDERED this 1st day of November, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ *Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

s/ *Lindsey Mundt*
Lindsey Mundt, WSBA #49394
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: lindseymundt@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR EXTENSION OF RULE 26 DEADLINES
(Case No. 2:22-cv-00840-MJP) - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax