The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and CARTIER INTERNATIONAL A.G., a Swiss corporation,<br><br>                Plaintiffs,<br><br>        v.<br><br>An individual d/b/a PHMN9Y3V; Individuals and entities doing business as the following Amazon Selling Accounts:  PHMN9Y3V JEWELRY; AMAZING JEWELRY YOU WANT; VFDNYTU; MIAO-HE; BYQONE US; BYQONE NETWORK; YINJI; and DOES 1-10,<br><br>                Defendants. | No. 2:22-cv-00840-MJP<br><br>**NOTICE OF APPEARANCE**<br><br>*Clerk's Action Required* |

TO:         THE CLERK OF THE COURT

AND TO:     ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Brittni Hamilton of Davis Wright Tremaine LLP, 865 South Figueroa Street, Suite 2400, Los Angeles, CA 90017-2566, appears as counsel for Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Cartier International A.G., in the above-entitled action. Brittni Hamilton works in association with Scott R. Commerson and Lindsey E. Mundt of Davis Wright Tremaine LLP. Copies of all future papers and pleadings in this matter, except original process, shall be served upon all attorneys of record.

NOTICE OF APPEARANCE - 1
Case No. 2:22-cv-00840-MJP

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1  DATED this 29th day of December, 2022.

2  DAVIS WRIGHT TREMAINE LLP
   *Attorneys for Plaintiffs*

3

4  By *s/ Brittni Hamilton*
   Brittni Hamilton, WSBA #57740
5  865 South Figueroa Street, Suite 2400
   Los Angeles, CA 90017-2566
6  Tel: (213) 633-6800
   Fax: (213) 633-6899
7  Email: brittnihamilton@dwt.com

NOTICE OF APPEARANCE - 2
Case No. 2:22-cv-00840-MJP