UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and CARTIER INTERNATIONAL A.G., <br><br>Plaintiffs, <br><br>v. <br><br>PHMN9Y3V, PHMN9Y3V JEWELRY, AMAZING JEWELRY YOU WANT, VFDNYTU, MIAO-HE, BYQONE US, BYQONE NETWORK, YINJI, and DOES 1-10, <br><br>Defendants. | CASE NO. C22-840 MJP <br><br>ORDER OF REFERRAL |

The Court issues this Order <u>sua sponte</u> and in response to <u>In re Amazon Counterfeit Enforcement Litigation</u>, General Order 03-23 (Mar. 7, 2023). Consistent with General Order 03-23, the Court hereby REFERS all issues related to service of Defendants to the Magistrate Judges designated by General Order 03-23.

\\

ORDER OF REFERRAL - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated March 10, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge