# UNITED STATES DISTRICT COURT
for the

Western District of Washington

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and CARTIER INTERNATIONAL A.G., a Swiss corporation<br><br>*Plaintiff(s)*<br>v.<br>LI XINJUAN; SHENZHEN XINJIANHE TECHNOLOGY CO., LTD; ZHU JIAN; ZHOU FUHAN; NGHIA CHOUNG; and DOES 1-10<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-00840-MJP-MLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NGHIA CHOUNG, an individual d/b/a Selling Accounts Phmn9y3v Jewelry, Miao-He, Vfdnytu, Byqone US, Byqone Network, and Yinji

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Davis Wright Tremaine LLP
Lauren Rainwater
920 Fifth Avenue, Suite 3300
Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/16/2023    /s/ Martin Valencia
                   *Signature of Clerk or Deputy*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00840-MJP-MLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Nghia Chuong__
was received by me on *(date)* __6/15/23__.

☒ I personally served the summons on the individual at *(place)* __1903 Juneau Street, San Leandro, CA 94577__ on *(date)* __6/22/23__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __6/22/23__

_____
Server's signature

__Hai Hua Wen__
Printed name and title

Wen & Associates, Inc.
90 Woodacre Dr., Suite 102
San Francisco, CA 94132
Server's address

Additional information regarding attempted service, etc: