The Honorable Marsha J. Pechman
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and CARTIER INTERNATIONAL A.G., a Swiss corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LI XINJUAN, an individual d/b/a Phmn9y3v, and Selling Accounts Phmn9y3v Jewelry and Miao-He; SHENZHEN XINJIANHE TECHNOLOGY CO., LTD, a Singapore limited company d/b/a Phmn9y3v; ZHU JIAN, an individual d/b/a Selling Accounts Phmn9y3v Jewelry, Amazing Jewelry You Want, Vfdnytu, and Yinji; ZHOU FUHAN, an individual d/b/a Selling Accounts Byqone US and Byqone Network; NGHIA CHOUNG, an individual d/b/a Selling Accounts Phmn9y3v Jewelry, Miao-He, Vfdnytu, Byqone US, Byqone Network, and Yinji; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-00840-MJP-MLP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT ZHOU FUHAN** |

THIS MATTER came before the Court on Plaintiffs' *Ex Parte* Motion for Alternative Service on Defendant Zhou Fuhan ("Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Cartier International A.G. (collectively, "Plaintiffs"). The Court, has considered Plaintiffs' Motion, and finding good cause, it is hereby ORDERED:

[PROPOSED] ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 1
(2:22-cv-00840-MJP-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1. Plaintiffs' Motion is **GRANTED**.
2. Plaintiffs are authorized to serve the following Defendant Zhou Fuhan via the email addresses listed below:
   a. Defendant Zhou Fuhan, an individual d/b/a Selling Accounts Byqone US and Byqone Network: jiali92043399@126.com and na1054829jiyeweng@163.com

SO ORDERED this _____ day of _____, 2023.

_____
MICHELLE L. PETERSON
UNITED STATES MAGISTRATE JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*s/ Brittni Hamilton*
Brittni Hamilton, WSBA #55740
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: brittnihamilton@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS'
*EX PARTE* MOTION FOR ALTERNATIVE SERVICE - 2
(2:22-cv-00840-MJP-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax