The Honorable Marsha J. Pechman
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware
corporation; AMAZON.COM SERVICES LLC,
a Delaware limited liability company; and
CARTIER INTERNATIONAL A.G., a Swiss
corporation,

        Plaintiffs,

        v.

LI XINJUAN, an individual d/b/a Phmn9y3v,
and Selling Accounts Phmn9y3v Jewelry and
Miao-He; SHENZHEN XINJIANHE
TECHNOLOGY CO., LTD, a Singapore
limited company d/b/a Phmn9y3v; ZHU JIAN,
an individual d/b/a Selling Accounts Phmn9y3v
Jewelry, Amazing Jewelry You Want, Vfdnytu,
and Yinji; ZHOU FUHAN, an individual d/b/a
Selling Accounts Byqone US and Byqone
Network; NGHIA CHOUNG, an individual
d/b/a Selling Accounts Phmn9y3v Jewelry,
Miao-He, Vfdnytu, Byqone US, Byqone
Network, and Yinji; and DOES 1-10,

        Defendants.

No. 2:22-cv-00840-MJP-MLP

[PROPOSED] ORDER GRANTING
PLAINTIFFS' *EX PARTE* MOTION
TO FILE OVER-LENGTH *EX PARTE*
MOTION FOR ALTERNATIVE
SERVICE

[PROPOSED] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:22-cv-00840-MJP-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc. ("Amazon") and Cartier International A.G. ("Cartier") (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 2,900 words.

SO ORDERED this 28th day of June, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

s/ Scott R. Commerson
Scott R. Commerson, WSBA #58085

s/ Brittni Hamilton
Brittni Hamilton, WSBA #55740
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com
        brittnihamilton@dwt.com

[PROPOSED] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:22-cv-00840-MJP-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax