UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., *et al.*, <br><br>       Plaintiffs, <br><br>    v. <br><br> PHMN9Y3V, *et al.*, <br><br>       Defendants. | Case No. C22-840-MJP-MLP <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On March 10, 2023, the Honorable Marsha J. Pechman referred "all issues related to service of Defendants" to Judge Peterson. (Dkt. # 22.) Plaintiffs have since: (1) reported commencing service pursuant to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Convention") on Defendants Li Xinjuan, Zhu Jian, and Shenzhen Xinjian Technology Co., Ltd., expected to take six to eight months (dkt. # 30 at 2); and (2) filed proof of service on all remaining Defendants named in their amended complaint, Nghia Chuong (dkt. # 28) and Zhou Fuhan (dkt. # 33). Plaintiffs are ORDERED to submit a status report by **December 15, 2023**, updating the Court on service under the Hague Convention and

MINUTE ORDER - 1

addressing whether Plaintiffs anticipate any remaining issues related to service or identifying any additional Doe defendants.

Dated this 8th day of December, 2023.

Ravi Subramanian  
Clerk of Court

By: Tim Farrell  
Deputy Clerk

MINUTE ORDER - 2