UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PHMN9Y3V, *et al.*, <br><br> Defendants. | Case No. C22-840-MJP-MLP <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

In response to the Court's Order to submit a status report on service (dkt. # 34), Plaintiffs have filed a status report requesting 90 additional days to attempt service on the remaining unserved foreign defendants. (Dkt. # 35.) Plaintiffs initiated foreign service pursuant to the Hague Convention in August 2023 and expect the process to take six to eight months. (*Id.* at 2.) The Court finds an extension of time appropriate under the circumstances. Accordingly, Plaintiffs are ORDERED to file proof of service or move for alternative service within 90 days of the date of this Order.

MINUTE ORDER - 1

Dated this 25th day of January, 2024.

                                       Ravi Subramanian
                                       Clerk of Court

                                   By: Tim Farrell
                                         Deputy Clerk

MINUTE ORDER - 2