The Honorable Marsha J. Pechman
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and CARTIER INTERNATIONAL A.G., a Swiss corporation,<br><br>Plaintiffs,<br><br>v.<br><br>LI XINJUAN, an individual d/b/a Phmn9y3v, and Selling Accounts Phmn9y3v Jewelry and Miao-He; SHENZHEN XINJIANHE TECHNOLOGY CO., LTD, a Singapore limited company d/b/a Phmn9y3v; ZHU JIAN, an individual d/b/a Selling Accounts Phmn9y3v Jewelry, Amazing Jewelry You Want, Vfdnytu, and Yinji; ZHOU FUHAN, an individual d/b/a Selling Accounts Byqone US and Byqone Network; NGHIA CHOUNG, an individual d/b/a Selling Accounts Phmn9y3v Jewelry, Miao-He, Vfdnytu, Byqone US, Byqone Network, and Yinji; and DOES 1-10,<br><br>Defendants. | No. 2:22-cv-00840-MJP-MLP<br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH *EX PARTE* MOTION FOR ALTERNATIVE SERVICE |

[PROPOSED] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:22-cv-00840-MJP-MLP)

THIS MATTER came before the Court on the *ex parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Cartier International A.G. (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 4,000 words.

SO ORDERED this 23rd day of April, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Scott R. Commerson*
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[PROPOSED] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2
(2:22-cv-00840-MJP-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax