UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and CARTIER INTERNATIONAL A.G., <br><br> Plaintiffs, <br><br> v. <br><br> PHMN9Y3V, PHMN9Y3V JEWELRY, AMAZING JEWELRY YOU WANT, VFDNYTU, MIAO-HE, BYQONE US, BYQONE NETWORK, YINJI, and DOES 1-10, <br><br> Defendants. | CASE NO. C22-840 MJP <br><br> ORDER TERMINATING REFERRAL |

The Court previously referred all issues related to service of Defendants to Magistrate Judge Michelle L. Peterson pursuant to In re Amazon Counterfeit Enforcement Litigation, General Order 03-23 (Mar. 7, 2023). Plaintiffs have now voluntarily dismissed claims against several named Defendants and completed service of all remaining named Defendants. (See Dkt.

ORDER TERMINATING REFERRAL - 1

Nos. 43-46.) Accordingly, the Court TERMINATES the referral and all matters shall be resolved by the undersigned.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 29, 2024.

Marsha J. Pechman
United States Senior District Judge