UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and CARTIER INTERNATIONAL A.G., <br><br> Plaintiffs, <br><br> v. <br><br> PHMN9Y3V, PHMN9Y3V JEWELRY, AMAZING JEWELRY YOU WANT, VFDNYTU, MIAO-HE, BYQONE US, BYQONE NETWORK, YINJI, and DOES 1-10, <br><br> Defendants. | CASE NO. C22-840 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court sets the following dates for initial disclosures and submission of the Joint Status Report and Discovery Plan:

Case 2:22-cv-00840-MJP   Document 48   Filed 05/29/24   Page 2 of 2

1. Deadline for FRCP 26(f) conference:     June 26, 2024

2. Initial disclosures pursuant to FRCP 26(a)(1):     July 3, 2024

3. Combined Joint Status Report and Discovery Plan as required by FRCP 26(f) and Local Civil Rule 26(f):     July 10, 2024

The Parties must file the Joint Status Report and Discovery Plan in conformance with the Court's directives in its Order Regarding Initial Disclosures, etc. (Dkt. No. 9.)

The clerk is ordered to provide copies of this order to all counsel.

Filed May 29, 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk