UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and CARTIER INTERNATIONAL A.G., | CASE NO. C22-840 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| LI XINJUAN, SHENZEN XINJIANHE TECHNOLOGY CO. LTD, ZHU JIAN, ZHOU FUHAN, | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The parties have not complied with the order directing that a joint status report by filed by July 10, 2024. (Dkt. No. 48.) The time for filing the report is hereby extended to ten days from the date of this order. If the report is not filed by that time or if Plaintiffs do not move for

MINUTE ORDER - 1

default judgment, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

The clerk is ordered to provide copies of this order to all counsel.

Filed September 5, 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk

MINUTE ORDER - 2